1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  TRACY L. MAINGUY, Bar No. 176928
   RYAN B. KADEVARI, Bar No. 302957
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
5  Telephone  (510) 337-1001
   Fax  (510) 337-1023
6  E-Mail:  bhinkle@unioncounsel.net
           clozano@unioncounsel.net
7          tmainguy@unioncounsel.net
           rkadevari@unioncounsel.net
8

9  Attorneys for Plaintiffs

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  THE BOARD OF TRUSTEES , in their          No.
    capacities as Trustees of the LABORERS
13  HEALTH AND WELFARE TRUST FUND             **COMPLAINT FOR BREACH OF
    FOR NORTHERN CALIFORNIA;                  CONTRACT, DAMAGES, AND AUDIT
14  LABORERS PENSION TRUST FUND FOR           (ERISA 29 U.S.C. §1001, ET SEQ., 29
    NORTHERN CALIFORNIA; LABORERS             U.S.C. §185)**
15  VACATION-HOLIDAY TRUST FUND FOR
    NORTHERN CALIFORNIA; and LABORERS
16  TRAINING-RETRAINING/
    APPRENTICESHIP TRUST FUND FOR
17  NORTHERN CALIFORNIA,

18

19                      Plaintiffs,

20       v.

21  TDW CONSTRUCTION, INC., a California
    Corporation,
22

23                      Defendant.

24       Plaintiffs complain of Defendant, and for cause of action allege:

25           **JURISDICTION AND INTRADISTRICT ASSIGNMENT**

26                              **I.**

27       This action arises under and is brought pursuant to section 502 of the Employee

28  Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

                                    1

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1  Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district

2  court since contributions are due and payable in the County of San Francisco.  Therefore,

3  intradistrict venue is proper.

### PARTIES

### II.

6  At all times material herein, Plaintiffs The Board of Trustees were Trustees of the

7  Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund");

8  Laborers Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund");

9  Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); and Laborers

10  Training and Retraining Trust Fund for Northern California (hereinafter "Training Fund,"

11  together with the Welfare Fund, Vacation Fund, and Pension Fund, collectively referred to as

12  "Trust Funds").  At all times material herein, each of the above-named Trust Funds was, and now

13  is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to

14  section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer

15  employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002,

16  1003 and 1132).  Each of the above-named Trust Funds is administered by a Board of Trustees

17  which may bring this action in the name of the Trust Funds pursuant to the express provisions of

18  the Trust Agreements.  All of the above named Trust Funds and their respective Board of

19  Trustees shall hereinafter be designated collectively as "Plaintiffs."

### III.

21  At all times material herein, TDW Construction, Inc., (hereinafter referred to as

22  "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of

23  ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within

24  the meaning of section 301 of the LMRA (29 U.S.C. § 185).

### ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

27  At all relevant times, Defendant has been a member of the Engineering & Utility

28  Contractors Association (hereinafter "EUCA"), now doing business as United Contractors, and by

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1  virtue of such membership, became subject to all the terms and conditions of the Laborers Master

2  Agreement (hereinafter "Master Agreement" or "Agreement"). True and correct copies of the

3  Master Agreements for the periods, 2010 through 2012; 2012 through 2015; and 2014 through

4  2019, are attached hereto as Exhibits "A," "B" and "C," respectively, all of which are

5  incorporated by reference herein.  A true and correct copy of the relevant EUCA roster page

6  indicating representation and membership in the Engineering & Utility Contractors Association is

7  attached hereto as Exhibit "D," which is incorporated by reference herein.  The Master

8  Agreement by its terms incorporates the various Trust Agreements establishing each of the

9  Plaintiffs Trust.  By said Master Agreement, Defendant promised that it would contribute and pay

10 to Plaintiffs the hourly amounts required by said Agreements for each hour paid for or worked by

11 any of their employees who performed any work covered by said Agreements, and that they

12 would be subject to and bound by all of the terms, provisions and conditions of the Trust

13 Agreements as incorporated by the terms of the Master Agreement.

**V.**

15     The Master Agreement, and Trust Agreements ("Agreements") provide for prompt

16 payments of all employer contributions to the various Trust Funds and provide for liquidated

17 damages, not as a penalty but as a reasonable attempt to provide for payments to cover the

18 damages incurred by the Trust Funds in the event of a breach by the employer where it would

19 have been impracticable or extremely difficult to ascertain the losses to the Trust Funds.  The

20 Agreements also provide for the payment of interest on all delinquent contributions, attorneys'

21 fees, other collection costs, and for the audit of the signatory employer or employers' books and

22 records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have

23 been timely paid as required by the Agreements and law.

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT BASED ON AUDIT)**
**VI.**

26     Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

27 //

28 //

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**VII.**

Pursuant to the Master Agreement and the Trust Agreements, an audit of the books and records of Defendant for the period of January 2012 to December 2015 was conducted, which revealed that fringe benefit contributions in the amount of $19,798.56, and liquidated damages for fees and interest in the amount of $9,961.18, in relation to such unpaid contributions which have not been submitted to the Trust Funds as required by said Agreements.

**SECOND CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**

**VIII.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

**IX.**

Defendant has failed, neglected or refused to make timely fringe benefit contributions as required by the applicable Agreements. There is now due to Plaintiffs, liquidated damages for fees and interest in the amount of $13,100.84, for contributions paid but paid late.

**X.**

Plaintiffs are the intended third-party beneficiaries of the Master Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Master Agreement.

**XI.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

**XII.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1

## THIRD CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)
#### XIII.

2

3

Plaintiffs incorporate and reallege by reference all the allegations stated above.

4

#### XIV.

5

Defendant has failed, neglected and refused to make timely fringe benefit contributions as

6

required by the applicable Agreements, and have caused Plaintiffs actual damages in an amount

7

to be proven at trial.

8

## FOURTH CLAIM FOR RELIEF
### (AUDIT)
#### XV.

9

10

Plaintiffs incorporate and reallege by reference all the allegations stated above.

11

#### XVI.

12

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit

13

to determine same.

14

**WHEREFORE**, Plaintiffs pray judgment against Defendant, TDW Construction, Inc., as

15

follows:

16

1.      That Defendant be ordered to pay contributions in the amount of $19,798.56, and

17

liquidated damages for fees and interest in the amount of $9,961.18, in relation to such unpaid

18

contributions; based on the audit of Defendant's books and records;

19

2.      That Defendant be ordered to pay liquidated damages for fees and interest in the

20

amount of $13,100.84, for contributions paid but paid late.

21

3.      That Defendant be ordered to pay actual damages according to proof;

22

4.      That Defendant be compelled to submit to an audit by Plaintiffs;

23

5.      That this Court issue an Order permanently enjoining Defendant, for so long as it

24

remains obligated to contribute to the Trust Funds, from failing to timely submit required monthly

25

contributions reports and payments as required by the terms of the Agreements and ERISA

26

sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

27

6.      That Defendant be ordered to pay Plaintiffs' attorneys' fees;

28

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

1    7.    That Defendant be ordered to pay costs of suit herein; and

2    8.    That the Court grants such further relief as this Court deems just and proper.

3    Dated:  May 31, 2017                                        WEINBERG, ROGER & ROSENFELD
                                                                 A Professional Corporation

4

5                                                                */s/ Concepcion E. Lozano-Batista*
                                                          By:    CONCEPCION E. LOZANO-BATISTA
6                                                                Attorneys for Plaintiffs

143204\916196

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.