BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TDW CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 4:17-cv-03165 KAW<br><br>**STIPULATION TO WITHDRAW REQUEST FOR ENTRY OF DEFAULT BY CLERK AND ENLARGE TIME FOR DEFENDANT TO ANSWER; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Kandis A. Westmore |

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through their Counsel, and Defendant TDW Construction, Inc. ("Defendant"), by and through its Counsel stipulates and agree as follows:

1
STIPULATION TO WITHDRAW REQUEST FOR ENTRY OF DEFAULT BY CLERK AND ENLARGE
TIME FOR DEFENDANT TO ANSWER; [PROPOSED] ORDER THEREON
CASE NO. 4:17-CV-03165 KAW

1. Plaintiffs withdraw their Request for Entry of Default by Clerk filed November 1, 2017. (Dckt. No. 14). To date, the Clerk has not entered default against Defendant.

2. The deadline for Defendant to respond to the Complaint is extended to until November 27, 2017.

Dated: November 9, 2017

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: November 9, 2017

By: William Thomson
Attorney for Defendant

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# [~~PROPOSED~~] ORDER

Based upon the Stipulation above and Plaintiffs' withdrawal of their Request for Entry of Default by Clerk, the time for Defendant to respond to the Complaint is enlarged until November 27, 2017.

IT IS SO ORDERED.

Dated: 11/13/17

_____
HONORABLE KANDIS A. WESTMORE
United States District Court Magistrate Judge

143204\941886

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO WITHDRAW REQUEST FOR ENTRY OF DEFAULT BY CLERK AND ENLARGE TIME FOR DEFENDANT TO ANSWER; [PROPOSED] ORDER THEREON
CASE NO. 4:17-cv-03165 KAW