UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TDW CONSTRUCTION, INC., <br><br> Defendant. | Case No. 4:17-cv-03165-KAW <br><br> ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE <br><br> Re: Dkt. No. 26 |

On March 6, 2018, the Court held a case management conference, where Plaintiffs did not appear.

Accordingly, counsel for Plaintiffs is ORDERED TO SHOW CAUSE, in writing, by no later than **March 23, 2018**, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: March 9, 2018

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge