UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TDW CONSTRUCTION, INC., <br><br> Defendant. | Case No. 4:17-cv-03165-KAW <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 27 |

On March 6, 2018, the Court held a case management conference, where Plaintiffs did not appear. As a result, the Court issued an order to show cause to Plaintiffs why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference. (Dkt. No. 27.)

On March 22, 2018, Plaintiffs' counsel explained that she had planned to attend the case management conference, but mistakenly failed to attend due to a calendaring error. (Dkt. No. 32 at 1.) Counsel then requested that, if sanctions were imposed, they be imposed on her personally rather than on her clients. *Id.* The Court notes that Plaintiffs filed the joint case management statement, such that the existence of the calendaring mistake is apparent. (*See* Dkt. No. 25.)

Accordingly, the March 9, 2018 order to show cause is discharged.

IT IS SO ORDERED.

Dated: March 27, 2018

KANDIS A. WESTMORE
United States Magistrate Judge