BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TDW CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 4:17-cv-03165 KAW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Kandis A. Westmore |

The parties notified the Court that they have reached a settlement which is being reduced to writing and which will include entry of a stipulated judgment in favor of Plaintiffs. Good cause appearing and based upon the Stipulation filed with the Court, the Case Management Conference set for July 10, 2018 at 1:30p.m. is continued until August 21, 2018.

IT IS SO ORDERED.

Dated: 7/3/18

_____
HONORABLE KANDIS A. WESTMORE
United States District Court Magistrate Judge

143204\975520

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001