BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         tmainguy@unioncounsel.net
         rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TDW CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 4:17-cv-03165 KAW<br><br>**FURTHER NOTICE REGARDING SETTLEMENT; STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Kandis A. Westmore |

Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through their Counsel, and Defendant TDW Construction, Inc. ("Defendant"), by and through its Counsel, hereby notify the Court that Plaintiffs and Defendant reached a verbal settlement in the above-captioned case at the mediation held on June 7, 2018. The parties reduced their settlement to writing. Plaintiffs are awaiting delivery by FedEx of the original, fully executed settlement

1

FURTHER NOTICE REGARDING SETTLEMENT; STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON CASE NO. 4:17-CV-03165 KAW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

agreement and execution payment.  Upon receipt of the same, within the next seven (7) days, the parties will execute a stipulation for entry of a stipulated judgment.

In light of the above status of the settlement, pursuant to Civil Local Rules 7-12 and 16-2, the parties stipulate and agree that the Case Management Conference currently scheduled for September 11, 2018 at 1:30 p.m. be continued until September 18, 2018 at 1:30 p.m.

Dated: September 4, 2018    WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: September 4, 2018

By: */s/ William Thomson*
William Thomson
Attorney for Defendant

## [~~PROPOSED~~] ORDER

The parties notified the Court that the parties executed a settlement, and that Defendant forwarded the original, fully executed settlement agreement by FedEx to Plaintiffs with the execution payment.  The settlement includes entry of a stipulated judgment in favor of Plaintiffs, which will be filed upon receipt of the original, fully executed settlement agreement and execution payment.  Good Cause Appearing and based upon the Stipulation above, the Case Management Conference set for September 11, 2018 at 1:30 p.m. is continued until September 18, 2018.

IT IS SO ORDERED.

Dated: 9/10/18

HONORABLE KANDIS A. WESTMORE
United States District Court Magistrate Judge

143204\985539

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001