BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
tmainguy@unioncounsel.net
rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TDW CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 4:17-cv-03165 KAW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT BASED UPON SETTLEMENT AGREEMENT; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Kandis A. Westmore |

Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through their Counsel, and Defendant TDW Construction, Inc. ("Defendant"), by and through its Counsel, hereby submit this Stipulation for Entry of Judgment Based Upon Settlement Agreement.

Wherefore, the parties hereto hereby stipulate and agree as follows:

1

STIPULATION FOR ENTRY OF JUDGMENT BASED UPON SETTLEMENT AGREEMENT;
[PROPOSED] ORDER THEREON
CASE NO. 4:17-CV-03165 KAW

1. The Settlement Agreement between the parties, a true and accurate copy of which is attached hereto as **Exhibit A**, includes the following language in paragraph 7 entitled "Entry of Judgment and Enforceability":

> 7. Entry of Judgment and Enforceability.
>
> Edmundo Alire agrees to be added as a Defendant in the Lawsuit and to submit to the jurisdiction of the Court. Employer and Edmundo Alire, and each of them, stipulate and agree that Judgment will be entered in the Lawsuit against Employer and in favor of Trust Funds in the amount of $59,285.21 and against Edmundo Alire and in favor of Trust Funds in the amount of $36,500.00. Other than recording the judgment with the Secretary of State and in any county Trust Funds chooses to record the Judgment entered in the Lawsuit, Trust Funds agree not to execute on the Judgment entered in the Lawsuit unless Employer and/or Edmundo Alire are in default of this Settlement Agreement, as set forth in Paragraph 8 below. If Employer and/or Edmundo Alire are in default, and do not cure the default within ten days of receiving the notice of default as required by Paragraph 8 below, then Trust Funds may, without further notice, utilize any and all post-judgment collection remedies to pursue collection of the judgment entered. Credit against the amount of the judgment entered in the Lawsuit will be given to Employer and Edmundo Alire for any payments made under the Settlement Agreement prior to the default.

2. In light of the fact that material terms of the Settlement Agreement are that Edmundo Alire be added to the Lawsuit as a Defendant; that judgment be entered in the above-captioned matter against Defendant Edmundo Alire and in favor of Plaintiffs in the amount of $36,500.00; and that judgment be entered in the above-captioned matter against Defendant TDW Construction, Inc. and in favor of Plaintiffs in the amount of $59,285.21, the parties agree, and respectfully request, that the Court enter judgment against Defendants, and each of them, in the aforementioned respective amounts based upon their Settlement Agreement.

3. If the Trust Funds are required to consult or retain legal counsel with respect to the enforcement of this Judgment, there shall be added to Defendants' obligation under a modification to this Stipulation reasonable attorneys' fees, court costs and all other reasonable expenses incurred by the Trust Funds in connection with such suit or claim, including any and all appellate proceedings therein. The parties stipulate to this Court's continuing jurisdiction, and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

agree that the Trust Funds may seek enforcement of this Stipulation in this Court or in any court of competent jurisdiction.

4. Defendants further stipulate and agree that this Stipulation shall be binding on all successors, heirs, and assigns of Defendants regardless of whether it changes the name or style or address of the business.

5. The provisions set forth in this Stipulation are not in violation of any state or federal law. However, if any portion of this Stipulation is found to be in violation of any state or federal law, that portion shall be excised and the remaining portions of this Stipulation shall remain in full force and effect.

6. The parties acknowledge that they have had the opportunity to be represented by independent legal counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation. The parties further acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation.

7. This Stipulation may be executed in counterpart. The parties agree that signatures transmitted electronically or via facsimile shall be considered and treated as an original signature.

8. The parties hereto mutually state that they have read the foregoing Stipulation and are fully aware of its contents and legal facts. This Stipulation constitutes the entire agreement of the parties and is entered into on the dates below indicated.

Dated: September 17, 2018  WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: September 17, 2018

By: */s/ William Thomson*
William Thomson
Attorney for Defendant

3

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR ENTRY OF JUDGMENT BASED UPON SETTLEMENT AGREEMENT;
[PROPOSED] ORDER THEREON
CASE NO. 4:17-cv-03165 KAW

# [~~PROPOSED~~] ORDER

Good Cause Appearing and based upon the Stipulation above and the parties' Settlement Agreement, a copy of which is attached hereto as **Exhibit A**, Edmundo Alire is added to the above-captioned lawsuit as a Defendant. Judgment will be entered against Defendant Edmundo Alire, individually, and in favor of Plaintiffs in the amount of $36,500.00. Judgment will also be entered against Defendant TDW Construction, Inc. and in favor of Plaintiffs in the amount of $59,285.21. The Court retains jurisdiction to enforce the Stipulation.

IT IS SO ORDERED.

Dated: 9/18/18

_____
HONORABLE KANDIS A. WESTMORE
United States District Court Magistrate Judge

143204\987516

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001